# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148801

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 148801
                                     COA: 319191
                                     Wayne CC: 12-004295-FC

ROVELLE LAMONT HENDERSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 27, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

p0616